The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA WASHBURN,<br><br>            Plaintiff,<br><br>    v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,<br><br>            Defendant. | NO. 2:22-cv-01233-TL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: November 21, 2022 |

On September 1, 2022, Plaintiff Amanda Washburn filed her Class Action Complaint (Dkt. No. 1) against Defendant Porsche Cars North America, Inc. On November 11, 2022, Defendant filed its Motion to Dismiss and Motion for More Definite Statement (Dkt. 11). The motion is currently noted for December 2, 2022 and Plaintiff's opposition to the motion is due on November 28, 2022. In light of the upcoming Thanksgiving holiday, through their respective counsel, the parties have stipulated to—and now jointly and respectfully request that the Court approve—an extension of the deadline for Plaintiff to file her opposition to the Motion to Dismiss and Motion for More Definite Statement to **December 5, 2022** and for Porsche to file any reply to **December 16, 2022**, with the re-noting of the motion for December 16, 2022.

STIPULATION AND PROPOSED ORDER TO EXTEND
BRIEFING SCHEDULE ON MOTION TO DISMISS - 1
2:22-cv-01233-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 21st day of November, 2022.

TOUSLEY BRAIN STEPHENS PLLC

By: *s /Rebecca L. Solomon*
Kim D. Stephens, P.S., WSBA #11984
kstephens@tousley.com
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
Rebecca L. Solomon, WSBA #51520
rsolomon@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone:  206.682.5600/Fax: 206.682.2992

**Attorneys for Plaintiff and the Putative Class**

DLA PIPER LLP (US)

By:  *s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
E-mail: Anthony.todardo@us.dlapiper.com

**Attorney for Defendant Porsche Cars North America Inc.**

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 21st day of November, 2022.

_____
Tana Lin
United States District Judge

STIPULATION AND PROPOSED ORDER TO EXTEND
BRIEFING SCHEDULE ON MOTION TO DISMISS - 2
2:22-cv-01233-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992