THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA WASHBURN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br>a Delaware corporation,<br><br>　　　　　Defendant. | No. 2:22-cv-01233-TL<br><br>**STIPULATION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>October 3, 2023 |

On September 26, 2023, Plaintiff Amanda Washburn ("Plaintiff") filed her First Amended Complaint (Dkt. 23) against Defendant Porsche Cars North America, Inc., ("Defendant"). Defendant's deadline to answer or respond to the First Amended Complaint is currently noted for October 10, 2023. By their respective counsel, the parties have stipulated to - and now jointly and respectfully request that the Court approve – a 30-day extension of the deadline for Defendant to file its answer or to otherwise respond to the First Amended Complaint to **November 9, 2023**. This is stipulation is entered into between Plaintiff Amanda Washburn ("Plaintiff") and Defendant Porsche Cars North America, Inc., ("Defendant" and together with Plaintiff, the "Parties").

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, subject to the approval of the Court, to extend Defendant's deadline to answer or otherwise respond to the First Amended Complaint by 30 days, to November 9, 2023.

Dated this 3rd day of October, 2023

| TOUSLEY BRAIN STEPHENS PLLC | DLA PIPER LLP (US) |
|---|---|
| s/ Jason Dennett        (with approval)<br>Kim D. Stephens, WSBA #11984<br>Jason T. Dennett, WSBA #30686<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 981011<br>Tel:     206.682.5600<br>E-mail: kstephens@tousley.com<br>jdennett@tousley.com<br>rsolomon@tousley.com<br><br>*Attorneys for Plaintiff and the Putative Class* | s/ Anthony Todaro<br>Anthony Todaro, WSBA No. 30391<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:    206.839.4800<br>E-mail: anthony.todaro@us.dlapiper.com<br><br>*Attorneys for Defendant Porsche Cars North America Inc.* |

## **ORDER**

IT IS SO ORDERED.

Dated this 3rd day of October, 2023.

Tana Lin
United States District Judge