THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA WASHBURN,<br><br>           Plaintiff,<br><br>   v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br>a Delaware corporation,<br><br>           Defendant. | No. 2:22-cv-01233-TL<br><br>**STIPULATION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 3, 2023** |

On September 26, 2023, Plaintiff Amanda Washburn ("Plaintiff") filed her First Amended Complaint (Dkt. 23) against Defendant Porsche Cars North America, Inc., ("Defendant"). This stipulation is entered into between Plaintiff Amanda Washburn ("Plaintiff") and Defendant Porsche Cars North America, Inc., ("Defendant" and together with Plaintiff, the "Parties"). Defendant's deadline to answer or respond to the First Amended Complaint is currently noted for November 9, 2023, following the Court's previous grant of an extension request. The Parties now request a second short extension of the deadline to answer or otherwise respond to the First Amended Complain to **December 8, 2023** in order to permit the Parties to continue ongoing settlement discussions.

STIPULATION TO EXTEND THE DEADLINE TO
ANSWER OR OTHERWISE RESPOND TO THE
AMENDED COMPLAINT - 1
Case No. 2:22-cv-01233-TL


**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, subject to the approval of the Court, to extend Defendant's deadline to answer or otherwise respond to the First Amended Complaint to December 8, 2023.

Dated this 3rd day of November, 2023

| TOUSLEY BRAIN STEPHENS PLLC | DLA PIPER LLP (US) |
|---|---|
| *s/ Jason Dennett       (with approval)*<br>Kim D. Stephens, WSBA #11984<br>Jason T. Dennett, WSBA #30686<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 981011<br>Tel:    206.682.5600<br>E-mail: kstephens@tousley.com<br>jdennett@tousley.com<br>rsolomon@tousley.com<br><br>*Attorneys for Plaintiff and the Putative Class* | *s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:    206.839.4800<br>E-mail: anthony.todaro@us.dlapiper.com<br><br>*Attorneys for Defendant Porsche Cars North America Inc.* |

## **ORDER**

IT IS SO ORDERED.

Dated this 3rd day of November, 2023.

Tana Lin
United States District Judge