THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA WASHBURN,<br><br>               Plaintiff,<br><br>   v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br>a Delaware corporation,<br><br>               Defendant. | No. 2:22-cv-01233-TL<br><br>**STIPULATION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>February 9, 2024 |

On September 26, 2023, Plaintiff Amanda Washburn ("Plaintiff") filed her First Amended Complaint (Dkt. 23) against Defendant Porsche Cars North America, Inc., ("Defendant"). This is stipulation is entered into between Plaintiff Amanda Washburn ("Plaintiff") and Defendant Porsche Cars North America, Inc., ("Defendant" and together with Plaintiff, the "Parties"). Defendant's deadline to answer or respond to the First Amended Complaint is currently noted for February 9, 2024, following the Court's previous grant of an extension request. The Parties now request a fifth (and final) short extension of the deadline to answer or otherwise respond to the First Amended Complaint to **March 8, 2024** in order to permit the Parties to finalize and sign settlement paperwork, <u>as a settlement in principle has now been reached</u>.

STIPULATION TO EXTEND THE DEADLINE TO
ANSWER OR OTHERWISE RESPOND TO THE
AMENDED COMPLAINT - 1
Case No. 2:22-cv-01233-TL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, subject to the approval of the Court, to extend Defendant's deadline to answer or otherwise respond to the First Amended Complaint to March 8, 2024.

Dated this 9th day of February, 2024.

| TOUSLEY BRAIN STEPHENS PLLC | DLA PIPER LLP (US) |
|---|---|
| *s/ Jason Dennett      (with approval)*<br>Kim D. Stephens, WSBA #11984<br>Jason T. Dennett, WSBA #30686<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 981011<br>Tel:    206.682.5600<br>E-mail: kstephens@tousley.com<br>jdennett@tousley.com<br>rsolomon@tousley.com<br><br>*Attorneys for Plaintiff and the Putative Class* | *s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:    206.839.4800<br>E-mail: anthony.todaro@us.dlapiper.com<br><br>*Attorneys for Defendant Porsche Cars North America Inc.* |

## **ORDER**

IT IS SO ORDERED.

Dated this 9th day of February, 2024.

_____
Tana Lin
United States District Judge