|   | The Honorable Tana Lin |
|---|---|

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| AMANDA WASHBURN, | |
|---|---|
| Plaintiff, | |
| v. | NO. 2:22-cv-01233-TL |
| PORSCHE CARS NORTH AMERICA INC., a Delaware Corporation, | **STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |
| Defendant. | NOTE ON MOTION CALEDNAR: March 8, 2024 |

On September 26, 2023, Plaintiff Amanda Washburn ("Plaintiff") filed her First Amended Complaint (Dkt. 23) against Defendant Porsche Cars North America, Inc., ("Defendant"). Since filing her First Amended Complaint, the parties have engaged in settlement discussions that have culminated in a near-final settlement proposal. Plaintiff intends to file a motion for preliminary approval of the proposed settlement shortly. As part of the settlement negotiations, the parties have worked to clarify the scope of the settlement class and identity of subject class vehicles. A redlined copy of the proposed Second Amended Complaint is attached hereto as Exhibit A.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff should be

STIPULATION AND ORDER TO FILE SECOND
AMENDED COMPLAINT- 1

permitted to file a Second Amended Complaint to amend the class definition and identity of subject class vehicles to conform to the terms of the parties' settlement definitions of the proposed settlement class and settlement class vehicles.

DATED this 11th day of March, 2024.

| TOUSLEY BRAIN STEPHENS PLLC | DLA PIPER LLP (US) |
|---|---|
| *s/ Jason Dennett*<br>Kim D. Stephens, WSBA #11984<br>Jason T. Dennett, WSBA #30686<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 981011<br>Tel:    206.682.5600<br>E-mail: kstephens@tousley.com<br>jdennett@tousley.com<br>rsolomon@tousley.com | *s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:    206.839.4800<br>E-mail: anthony.todaro@us.dlapiper.com<br><br>*Attorneys for Defendant Porsche Cars North America Inc.* |

*Attorneys for Plaintiff and the Putative Class*

## ORDER

IT IS SO ORDERED.

Dated this 11th day of March, 2024.

_____
Tana Lin
United States District Judge

STIPULATION AND ORDER TO FILE SECOND
AMENDED COMPLAINT- 2