THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA WASHBURN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br>a Delaware corporation,<br><br>　　　　　　Defendant. | No. 2:22-cv-01233-TL<br><br>**ORDER GRANTING MOTION TO MODIFY PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**AND NOW**, this 20th day of August, 2024, upon consideration of the Parties' Joint Motion to Modify the Preliminary Approval Order filed in this case (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the schedule set forth in this Court's Preliminary Approval Order dated May 8, 2024, *see* ECF No. 42 at ¶ 21, shall be modified as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Notice shall be mailed in accordance with the Notice Plan and this Order | September 5, 2024 | October 7, 2024 |
| Deadline for Filing Class Counsel's Motion for Attorneys' Fees, Costs, and Service Awards | October 14, 2024 | November 15, 2024 |

ORDER - 1
Case No. 2:22-cv-01233-TL

| | | |
|---|---|---|
| Deadline for Mailing any Request for Exclusion from the Settlement | November 4, 2024 | December 6, 2024 |
| Deadline for Filing or Mailing any Objections to the Settlement, Class Counsel's Proposed Fees and Expenses, and/or the proposed Settlement Class Representative service award | November 4, 2024 | December 6, 2024 |
| Deadline for Plaintiff to File a Motion for Final Approval | January 2, 2025 | February 4, 2025 |
| Deadline for Plaintiff and Defendant to file any submissions in response to any Objections | January 9, 2025 | February 11, 2025 |
| Deadline for Settlement Class Members to Submit Claims | December 4, 2024 | January 6, 2025 |
| Final Approval Hearing at 10:00 a.m. | January 16, 2025 | February 27, 2025 |

**IT IS FURTHER ORDERED** that all other terms of this Court's Preliminary Approval Order dated May 8, 2024, ECF No. 42, shall remain in effect.

Tana Lin
United States District Judge

ORDER - 2
Case No. 2:22-cv-01233-TL