THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDA WASHBURN,

        Plaintiff,

v.

PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,

        Defendant.

No. 2:22-cv-01233-TL

[PROPOSED] **ORDER GRANTING MOTION TO FURTHER MODIFY PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**AND NOW**, this 23rd day of September, 2024, upon consideration of the Parties' Joint Motion to Further Modify the Preliminary Approval Order filed in this case (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the schedule set forth in this Court's Order Modifying Preliminary Approval of Class Action Settlement, dated August 20, 2024, *see* ECF No. 45, shall be modified as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Notice shall be mailed in accordance with the Notice Plan and this Order | October 7, 2024 | November 6, 2024 |
| Deadline for Filing Class Counsel's Motion for Attorneys' Fees, Costs, and Service Awards | November 15, 2024 | December 15, 2024 |

[PROPOSED] ORDER - 1
Case No. 2:22-cv-01233-TL

| | | |
|---|---|---|
| Deadline for Mailing any Request for Exclusion from the Settlement | December 6, 2024 | January 5, 2025 |
| Deadline for Filing or Mailing any Objections to the Settlement, Class Counsel's Proposed Fees and Expenses, and/or the proposed Settlement Class Representative service award | December 6, 2024 | January 5, 2025 |
| Deadline for Plaintiff to File a Motion for Final Approval | February 4, 2025 | March 6, 2025 |
| Deadline for Plaintiff and Defendant to file any submissions in response to any Objections | February 11, 2025 | March 13, 2025 |
| Deadline for Settlement Class Members to Submit Claims | January 6, 2025 | February 4, 2025 |
| Final Approval Hearing at 10:00 a.m. | February 27, 2025 | March 27, 2025 |

**IT IS FURTHER ORDERED** that all other terms of this Court's Preliminary Approval Order dated May 8, 2024, ECF No. 42, shall remain in effect.

*(signature)*

Tana Lin
United States District Judge

[PROPOSED] ORDER - 2
Case No. 2:22-cv-01233-TL