## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA WASHBURN,<br><br>                Plaintiff,<br>   v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:22-cv-01233-TL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

For the reasons stated in the Court's April 4, 2025 Order on Plaintiff's Unopposed Motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Service Award (Dkt. No. 59), the Parties' Class Settlement Agreement (Dkt. No. 40-1) is APPROVED as fair, reasonable, and adequate. The terms of the Parties' Class Settlement Agreement are fully incorporated as though set forth in this Judgment. This Action is hereby DISMISSED with prejudice. Except as otherwise provided in the Final Approval Order and Judgment (Dkt. No. 59), the Parties shall bear their own costs and attorneys' fees. Without affecting the finality of the Judgment hereby entered, the Court reserves jurisdiction over the

implementation of the Settlement, including enforcement and administration of the Settlement Agreement.

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay in the entry of this Judgment, and directs the Clerk of the Court to file this Judgment and close the case.

Dated April 7, 2025.

Ravi Subramanian  
Clerk of Court

s/Kadya Peter  
Deputy Clerk
